Case 1:22-mj-00172-GMH   Document 1-1   Filed

Case: 1:22-mj-00172
Assigned to: Judge Harvey, G. Michael
Assign Date: 7/29/2022
Description: COMPLAINT W/ ARREST WARRANT

# STATEMENT OF FACTS

On July 29, 2022, in the 900 block of U Street NW, Washington, D.C., Officer Castillo (driver) and Officer Rosa (front passenger), who are Nightlife officers, were in a marked scout car and full uniform utilizing callsign Focus beat 5 (midnights). Nightlife officers were aware of the multiple shootings, robberies, and weapon recoveries that had occurred within the 3rd District around the U Street/ 9th St within the past few weeks, and Officer Rosa and Officer Castillo had personally recovered multiple firearms in the past few weeks around the U Street area.

Officers Castillo and Rosa were in the 2000 block of 9th St NW, when they observed a black in color Nissan Altima, bearing MD temporary tags (T0567455) driving recklessly in the U St area. The officers made a U turn when it was safe, in an attempt to get behind the Nissan Altima to conduct a traffic stop. Officers Rosa and Castillo observed a black male with a black shirt and white tank top inside the Nissan Altima at the time it was observed driving recklessly. The officers observed the Altima traveling westbound on the 1100 block of V St NW, but lost sight of the vehicle before they were able to effectuate a traffic stop.

The officers regained sight of the Nissan Altima parked in front of 1215 V St NW, with multiple occupants inside the vehicle. The officers exited their vehicles in an attempt to make contact with the occupants of the vehicle and noticed that the male driver (described above) was not inside. The Nissan Altima instead was occupied by three females who stated that they did not know the driver and that he had fled from the vehicle prior to MPD officers' arrival. It should be noted that the tactics used by the male fleeing the vehicle upon MPD arrival is used many times when individuals are wanted or are in possession of contraband before interacting with law enforcement.

Approximately 20 minutes later, at about 0011 hours, Officers Izaguirre advised Officer Castillo and Rosa that he observed the same three female occupants of the Nissan Altima now accompanied by a black male with a black shirt later identified as Defendant Davon Whittaker walking eastbound on the 1100 block of U St NW towards the 900 block of U St NW. Officer Castillo and Rosa were on foot at the NE corner of 900 block of U ST NW when they observed Defendant Whittaker accompanied with the three females walking towards the NE Corner of the 900 block of U ST NW.

When Defendant Whittaker observed Officer Castillo and Rosa, he immediately crossed the street to the southside of the 900 block of U ST NW. Officer Castillo and Rosa crossed the street in an attempt to make contact with the defendant; Defendant Whittaker immediately took unprovoked flight in an attempt to evade officers. Officer Rosa and Officer Castillo gave chase behind Defendant Whittaker who was observed pulling at his waistband in an attempt to remove an object.

As the officers continued to give chase, Defendant Whittaker ran from the 900 block of U St NW to the 2000 block of Vermont NW and behind 913 U St. NW. A witness who was standing at a balcony at the rear of 913 U St NW stated that she observed Defendant Whittaker remove an object from his waistband area and toss it by the rear of 913 U St NW. Defendant Whittaker then continued to flee out of the alley southbound on the 2000 block of Vermont Ave NW. Officer Castillo recovered a firearm in the exact place that W-1 advised the defendant had tossed an object and Officer Rosa apprehended Defendant Whittaker in front of 1947 Vermont Ave NW without further incident.

While detained, Defendant Whittaker stated he ran because he was the one driving the Nissan Altima. Defendant Whittaker also advised he was convicted of carrying a pistol in the past.

The recovered firearm was a Glock Model 48, Serial No. BSNN188.  The firearm had one round in the chamber and 10 rounds in the magazine.  There are no firearm or ammunition manufacturers in the District of Columbia, thus the firearm and ammunition in this case traveled in interstate commerce.

A criminal history check of Defendant Whittaker revealed that he has prior criminal felony convictions in the Superior Court for the District of Columbia, including Case No. 2016 CF2 8124, where he was sentenced to 18 months of incarceration (suspended as to all).  Additionally, on May 31, 2022, the defendant was sentenced to 14 months of incarceration (suspended as to all but time served).  The written plea offer in that case – signed by the defendant – noted that the defendant understands that the offense carries a potential maximum penalty of 10 years' imprisonment. Therefore, the defendant was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by more than one year.

_____
DETECTIVE MARCUS TALLEY, BADGE #D2-1724
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 29th  day of July 2022.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE